**FILED**

# United States District Court
APR 2 2 2009

**EASTERN DISTRICT OF MISSOURI**

U.S. DISTRICT COURT
L. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

ALEJANDRO B. MURILLO

CASE NO.: 4:09MJ01094 TIA

I, James Taschner, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 22, 2009, in Phelps County, Missouri, within the Eastern District of Missouri, the defendant did,

Count I - possess with the intent to distribute in excess of 100 kilograms of marijuana, Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2; and punishable under Title 21, United States Code, Section 841(b)(1)(B).

I further state that I am a Task Force Officer with the Drug Enforcement Administration and that this complaint is based on the following facts:

see attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** **Yes**   ___ **No**

*Signature of Complainant*
JAMES TASCHNER
Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

April 22, 2009
Date

at   St. Louis, Missouri
City and State

Terry I. Adelman, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer