Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __April 24, 2009__ Judge __Terry I. Adelman__ Case No. __4: 09 mj 1094 TIA__

UNITED STATES OF AMERICA v. __Alejandro Murillo__

Court Reporter _____ Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __Zia Faruqui/Jim Delworth__

Attorney(s) for Defendant(s): __FPD: Kevin Curran__

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance              ☒ Detention Hearing              ☐ Preliminary Revocation
☐ Arraignment                     ☐ Bond Review                    ☐ Probation
☒ Preliminary Examination         ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing                  ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
   ☐ Evidentiary Hearing          ☐ Change of Plea/Sentencing      ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on _prelim exam and detention matters; testimony from one witness heard; Court found probable cause did exist and set a status hearing on May 22nd @ 10AM; defendant's request for bond taken under submission_

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____  ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for_____

☐ Preliminary examination set for_____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions:  ☐ issued  ☐ to issue

   ☐ Oral Motion for Suppression     ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives_____      ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

   ☒ Remanded to custody   ☐ Released on bond

Next hearing date/time __5/22 @ 10AM__ Type of hearing __Status__ Before __TIA__

Proceeding commenced __2:12__   Proceeding concluded __2:31__   Continued to _____

☒ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.